[No. 15912-4-III.    Division Three.    January 13, 1998.]

NEIL POWELL, ET AL., *Appellants*, v. WHITWORTH
WATER DISTRICT NO. 2, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-2-00739-7, Michael E. Donohue,
J., entered June 14, 1996. *Affirmed in part* and *reversed in
part* by unpublished opinion per Kato, J., concurred in by
Kurtz, A.C.J., and Brown, J.

[No. 15970-1-III.    Division Three.    January 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC
AUMAI TAUALA, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-1-02487-5, Robert D. Austin, J.,
entered June 28, 1996. *Affirmed* by unpublished opinion
per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney,
J.

[No. 16176-5-III.    Division Three.    January 13, 1998.]

CHRISTINE A. MCGREEVY, *Individually and as
Personal Representative of the Estate of* WILLIAM J.
MCGREEVY, *Respondent*, v. OREGON MUTUAL
INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Gar-
field County, No. 4936, John M. Lyden, J., entered
September 26, 1996. *Reversed* by unpublished opinion per
Brown, J., concurred in by Schultheis, C.J., and Sweeney,
J. Now published at 90 Wn. App. 283.

[No. 16213-3-III.    Division Three.    January 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY
EUGENE SPICER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 95-1-00613-5, Evan E. Sperline, J., entered
September 30, 1996. *Reversed* by unpublished opinion per
Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.